## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

YESID REMIGIO VARGAS CUENCA,          :
        Petitioner,          :
                                   :          3:15-cv-00659
        v.          :
                                   :          (Judge Mariani)
UNITED STATES OF AMERICA,          :
        Respondent.          :

### ORDER

**AND NOW,** this 23rd day of April, 2015, for the reasons set forth in the

Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1.    The Clerk of Court is directed to **TRANSFER** this case to the United States District Court for the Western District of Pennsylvania.

2.    Petitioner's motion for leave to proceed *in forma pauperis* is **DISMISSED AS MOOT.**[1] (Doc. 4).

3.    The Clerk of Court shall **CLOSE** this case.

Robert D. Mariani
United States District Judge

---

[1] Subsequent to filing the motion for leave to proceed *in forma pauperis*, Petitioner paid the requisite filing fee. *See* (Docket Entry dated April 20, 2015).